UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HY-VEE, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION　　　　　　　　　　　MDL No. 2926

ORDER DEEMING MOTION WITHDRAWN

  Before the Panel is a motion by plaintiff Gordon Grewing filed pursuant to 28 U.S.C. § 1407, seeking centralization in the United States District Court for the District of Kansas of the actions on the attached Schedule A. Movant now seeks to withdraw his Section 1407 motion. No party has responded to the motion.

  IT IS THEREFORE ORDERED that plaintiff's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: HY-VEE, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                    MDL No. 2926

# SCHEDULE A

**DIST   DIV.   C.A. No.**        **CASE CAPTION**

ILLINOIS CENTRAL
ILC      1      19-01330         Perdue et al v. Hy-Vee, Inc.

MISSOURI WESTERN
MOW      4      19-00928         Grewing v. Hy-Vee, Inc.

WISCONSIN WESTERN
WIW      3      19-00941         Davis, Patricia v. Hy-Vee, Inc.