### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| NOREEN PERDUE, ELIZABETH DAVIS-BERG, DUSTIN MURRAY, MELANIE SAVOIE, CHERYL ELLINGSON, ANGELA TRANG, HARLEY WILLIAMS, MARY WILLIAMS, GORDON GREWING, MELISSA WARD and PATRICIA DAVIS, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br>  v. <br><br>HY-VEE, INC., <br><br>     Defendant. | CASE NO. 1:19-cv-01330-MMM-JEH <br><br>**CLASS ACTION** <br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiffs Melanie Savoie, Patricia Davis, Mary Williams, and Harley Williams withdraw from this action and dismiss without prejudice all of their claims against Defendant Hy-Vee, Inc. This dismissal does not affect the claims of any of the remaining named Plaintiffs.

Dated:   October 27, 2020

 /s/ Paul G. Karlsgodt
Paul G. Karlsgodt
**Baker & Hostetler LLP**
1801 California Street
Suite 4400
Denver, CO 80202
pkarlsgodt@bakerlaw.com

 /s/ Andrew W. Ferich
Benjamin F. Johns
Andrew W. Ferich
Alex M. Kashurba
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

George J. Tzanetopoulos  
Maria A. Boelen  
**Baker & Hostetler LLP**  
One North Wacker Drive  
Suite 4500  
Chicago, IL 60606  
gtzanetopoulos@bakerlaw.com  
mboelen@bakerlaw.com  

*Counsel for Defendant Hy-Vee, Inc.*

Ben Barnow  
Erich P. Schork  
Anthony L. Parkhill  
**BARNOW AND ASSOCIATES, P.C.**  
205 W. Randolph St., Suite 1630  
Chicago, IL 60606  
Tel: (312) 621-2000  
Fax: (312) 641-5504  
b.barnow@barnowlaw.com  
e.schork@barnowlaw.com  
aparkhill@barnowlaw.com  

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I electronically filed a true and correct copy of the foregoing filing with the Clerk of the United States District Court for the Central District of Illinois using its CM/ECF system and thereby served the same via the CM/ECF system on all counsel of record.

*/s/ Andrew W. Ferich*
Andrew W. Ferich