IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NOREEN PERDUE, ELIZABETH DAVIS-BERG, DUSTIN MURRAY, MELANIE SAVOIE, CHERYL ELLINGSON, ANGELA TRANG, HARLEY WILLIAMS, MARY WILLIAMS, GORDON GREWING, MELISSA WARD, and PATRICIA DAVIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>HY-VEE, INC.,<br><br>        Defendant. | CASE NO. 1:19-cv-01330-MMM-JEH<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

This status report is submitted jointly by counsel for Plaintiffs and Defendant Hy-Vee, Inc. Following a mediation last month, the parties reached agreement on the material terms of a proposed class action settlement, which will be submitted to the Court for approval pursuant to Fed. R. Civ. P. 23(e). Plaintiffs expect to file a motion seeking preliminary approval of the settlement within the next 21 days.

Respectfully submitted,

 /s/ George J. Tzanetopoulos
George J. Tzanetopoulos
Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
(312) 416-6200
gtzanetopoulos@bakerlaw.com
mboelen@bakerlaw.com

Respectfully submitted,

 /s/ Benjamin F. Johns
Benjamin F. Johns
Andrew W. Ferich
Alex M. Kashurba
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

Paul Karlsgodt
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
T: 303.861.0600
pkarlsgodt@bakerlaw.com

*Counsel for Defendant Hy-Vee, Inc.*

Ben Barnow
Erich P. Schork
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

*Interim Co-Lead Class Counsel*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
WBF@federmanlaw.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

Shpetim Ademi
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
sademi@ademilaw.com

*Plaintiffs' Steering Committee*

Kyle Alan Shamberg
**CARLSON LYNCH LLP**
Suite 1240
111 W Washington Street
Chicago, IL 60602
312-750-1265
kshamberg@carlsonlynch.com

*Plaintiffs' Liaison Counsel*

Matthew M. Guiney
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
(212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com

Carl Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
111 West Jackson
Suite 1700
Chicago, IL 60604
(312) 984-0000
malmstrom@whafh.com

*Additional Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing Joint Status Report was filed and served via the Court's electronic case filing system on November 19, 2020, on all counsel of record.

                                              /s/ Benjamin F. Johns
                                                 Benjamin F. Johns