# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| NOREEN PERDUE, ELIZABETH DAVIS-BERG, DUSTIN MURRAY, CHERYL ELLINGSON, ANGELA TRANG, GORDON GREWING, and MELISSA WARD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HY-VEE, INC., <br><br> Defendant. | CASE NO. 1:19-cv-01330-MMM <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR FINAL
## APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for 10:00 a.m. on July 19, 2021, Plaintiffs will move to have the Court grant their motion seeking entry of an order granting final approval of the Settlement, overruling the sole objection to the Settlement, and approving Plaintiffs' request for payment of attorneys' fees, costs, and expenses, and representative service awards. Plaintiffs will rely on the Memorandum of Law and other related materials in support of this motion.

Dated: June 28, 2021

Respectfully submitted,

*/s/ Benjamin F. Johns*
Benjamin F. Johns
Alex M. Kashurba
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com
amk@chimicles.com

Ben Barnow
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*Co-Lead Class Counsel*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
WBF@federmanlaw.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

Shpetim Ademi
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
sademi@ademilaw.com

*Plaintiffs' Steering Committee*

Kyle Alan Shamberg
**CARLSON LYNCH LLP**
Suite 1240
111 W Washington Street
Chicago, IL 60602
312-750-1265
kshamberg@carlsonlynch.com

*Plaintiffs' Liaison Counsel*

Matthew M. Guiney
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
(212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com

Carl Malmstrom
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
111 West Jackson Blvd.
Suite 1700
Chicago, IL 60604
(312) 984-0000
malmstrom@whafh.com

*Additional Counsel for Plaintiffs
 and the Putative Class*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on June 28, 2021, on all counsel of record.

                                                */s/   Benjamin F. Johns*
                                                Benjamin F. Johns