IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NOREEN PERDUE, ELIZABETH DAVIS-BERG, DUSTIN MURRAY, CHERYL ELLINGSON, ANGELA TRANG, GORDON GREWING, and MELISSA WARD individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HY-VEE, INC.,<br><br>Defendant. | CASE NO. 1:19-cv-01330-MMM-JEH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### HY-VEE, INC.'S MOTION FOR LEAVE TO ALLOW ONE OF ITS ATTORNEYS TO PARTICIPATE AT THE FINAL APPROVAL HEARING BY TELEPHONE

Defendant Hy-Vee, Inc. ("Hy-Vee"), by its attorneys, moves to allow Paul Karlsgodt, as counsel for Hy-Vee, to participate by telephone at the final approval hearing scheduled for July 19, 2021, at 10:00 a.m. In support of its motion, Hy-Vee states:

1. Pursuant to the Court's Order, a final approval hearing is currently set for July 19, 2021, at 10:00 a.m., before the Honorable Judge Michael M. Mihm, and the Court has indicated the hearing will take place in-person.

2. Lead counsel for Hy-Vee is Paul Karlsgodt and Maria Boelen of Baker & Hostetler LLP. Mr. Karlsgodt will be traveling to Montana before the scheduled hearing and plans to spend the week in Montana on vacation with his family. Hy-Vee respectfully requests that he be allowed to participate in the hearing by telephone. Ms. Boelen and local counsel for Hy-Vee, John P. Heil, Jr., will be present at the hearing in person.

3. Hy-Vee conferred with Co-Lead Class Counsel for Plaintiffs regarding the relief requested in this motion, and Plaintiffs consent to the requested relief.

WHEREFORE, Hy-Vee, Inc. respectfully requests that the Court allow Mr. Karlsgodt to participate in the July 19, 2021, final approval hearing by telephone.

Dated: July 12, 2021

Respectfully submitted,

s/ *Maria A. Boelen*
Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
(312) 416-6200
mboelen@bakerlaw.com

Paul Karlsgodt
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400 Denver, CO 80202-2662
T: 303.861.0600
pkarlsgodt@bakerlaw.com

John P. Heil, Jr.
Emily J. Perkins
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
P.O. Box 6199
300 Hamilton Blvd.
Peoria, IL 61601-6199
T: 309-676-0400
F: 309-676-3374
jheil@heylroyster.com
eperkins@heylroyster.com

*Counsel for Defendant Hy-Vee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically filed the foregoing **Hy-Vee, Inc.'s Motion for Leave to Allow One of Its Attorneys to Participate at the Final Approval Hearing by Telephone** with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the following listed counsel:

| | |
|---|---|
| Ben Barnow<br>Anthony Lee Parkhill<br>Barnow and Associates, P.C.<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br><br>Benjamin F. Johns<br>Alex M. Kashurba<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>bfj@chimicles.com<br>amk@chimicles.com<br><br>*Interim Co-Lead Class Counsel* | William B. Federman<br>Federman & Sherwood<br>10205 N Pennsylvania Ave<br>Oklahoma City, OK 73120<br>wbf@federmanlaw.com<br><br>Cornelius P. Dukelow<br>Abington Cole & Ellery<br>320 S Boston Ave, Suite 1130<br>Tulsa, OK 74103<br>cdukelow@abingtonlaw.com<br><br>Shpetim Ademi<br>Ademi & O'Reilly LLP<br>3620 E Layton Ave.<br>Cudahy, WI 53110<br>sademi@ademilaw.com<br><br>*Plaintiffs' Steering Committee* |
| Carl Vincent Malmstrom<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>111 W Jackson Blvd, Suite 1700<br>Chicago, IL 60604<br><br>*Counsel for Elizabeth Davis-Berg* | Kyle Alan Shamberg<br>Carlson Lynch, LLP<br>111 W. Washington Street, Suite 1240<br>Chicago, Illinois 60602<br>kshamberg@carlsonlynch.com<br><br>*Plaintiffs' Liaison Counsel* |

                                                                                    s/ *Maria A. Boelen*