# EXHIBIT A

| Exclusion | FirstName | LastName |
|---|---|---|
| 1 | ALLISON | JETER |
| 2 | APRIL | HARTMAN |
| 3 | BRADLEY | JOHNSON |
| 4 | BRENDAN | PRENDERGAST |
| 5 | BRIAN | JETER |
| 6 | BRIAN | MCCART |
| 7 | CHRISTINE | CURTIS |
| 8 | DAN | MALLINGER |
| 9 | DARRELL | OLTMAN |
| 10 | DAVID | BARNEY |
| 11 | DEMETRA | PACE |
| 12 | DENISE | SCHRADER |
| 13 | DIANA | THOMAS |
| 14 | ELIZABETH | ENGLIN |
| 15 | JAIRED | HOIUM |
| 16 | JAMES | DAVIS |
| 17 | JOSH | JACOBSON |
| 18 | JOSH | RIECK |
| 19 | JULIE | WITTROCK |
| 20 | KATHERINE | REXROAD |
| 21 | KATRINKA | SCHNABELHILGERT |
| 22 | MEGAN | WHEELER |
| 23 | MELISSA | SMIDT |
| 24 | MICHELLE | VULGAMOTT |
| 25 | NICK | TRAMP |
| 26 | ROBERT | CHAPLIN |
| 27 | ROBERT | WASKO |
| 28 | RYAN | VULGAMOTT |
| 29 | SANDI | COOPER |
| 30 | SARA | COOK |
| 31 | SHIRLEY | STARK |
| 32 | STEVE | SHORT |
| 33 | WILLIAM | UHLER |
| 34 | LINDA | HILL |