1:19-cv-01330-MMM   # 78   Page 1 of 1        E-FILED
                                                 Tuesday, 27 July, 2021  08:24:57 AM
Judgment in a Civil Case (02/11)
                                                   Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Noreen Perdue, Dustin Murray, Elizabeth Davis-Berg, Melanie Savoie, Cheryl Ellingson, Angela Trang, Harley Williams, Mary Williams, Gordon Grewing, Melissa Ward, Patricia Davis, all Individually and on behalf of all others similarly situated,** ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | Case Number: 19-1330 |
| **Hy-Vee, Inc.** ) ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the parties' Settlement Agreement is approved. Pursuant to the Settlement Agreement, and in recognition of their efforts on behalf of the Settlement Class, the Court approves the payment to the Plaintiffs in the total amount of $2,000 each as a service award for their efforts on behalf of the Settlement Class.

The Court, after careful review of the time entries and rates requested by Class Counsel and after applying the appropriate standards required by relevant case law, hereby grants Class Counsel's application for attorneys' fees and costs in the amount of $739,000 and grants the request for service awards to each of the Representative Plaintiffs in the amount of $2,000. Payment shall be made pursuant to the terms of the Settlement Agreement.

The matter is hereby dismissed with prejudice and without costs except that the Court reserves jurisdiction over the consummation and enforcement of the settlement, without affecting the finality of this Final Approval Order and Judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Melanie Savoie, Harley Williams, Mary Williams, and Patricia Davis were dismissed from this case on 10/27/2020.

**Dated:**    7/27/21

                                        s/ Shig Yasunaga
                                        Shig Yasunaga
                                        Clerk, U.S. District Court

                                        MMM